CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 1 0 2007

JOHN F. CORCORAN, CLERK
BY: /s/
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DAVID JR. ATKINS,<br>    Plaintiff, | Civil Action No. 7:06cv00636 |
| | FINAL ORDER |
| MEDICAL DEPT. OF MIDDLE<br>RIVER REGIONAL JAIL, et al.,<br>    Defendants. | By: Hon. Glen E. Conrad<br>United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that summary judgment is entered in favor of the defendants. This action shall be and hereby is **DISMISSED**. All pending motions are hereby **DENIED as MOOT**, and this case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to the plaintiff and to counsel of record for the defendants.

ENTER: This 10th day of July, 2007.

/s/ Glen E. Conrad
United States District Judge